# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-6007-R**                                                             **Date: NOV. 17, 2008**

**TITLE: GWENDOLYN GLENN etc et al V. ALLIED PACKING et al**
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

    Richard Brody                                                       Peter Langbord
    Daniel Keller

**PROCEEDINGS:** Plaintiff's motion to remand to State Court


**The Court GRANTS the motion and signs the proposed stipulation and order dismissing defendant Viad with prejudice and remanding the action to State Court.**


                                                                                       <u>1 min</u>

**MINUTES FORM 90**                                                       **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**